Opinion issued December 17, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00538-CV






DOC'S DELIGHT, L.L.C. D/B/A ZIGGY'S HEALTHY GRILL, Appellant


V.


2200 WEST ALABAMA, INC., Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 902968






MEMORANDUM OPINION Appellant, DOC'S DELIGHT, L.L.C. D/B/A ZIGGY'S HEALTHY
GRILL, has failed to timely file a docketing statement or a brief in this appeal. 

 After being notified that this appeal was subject to dismissal for failure to file
a docketing statement or a brief, appellant did not adequately respond. See Tex. R.
App. P. 42.3(b), (c) (allowing involuntary dismissal of case). Further, appellee has
filed a motion to dismiss this appeal based upon appellant's failure to prosecute this
appeal.

 We GRANT appellee's motion to dismiss and dismiss this cause for want of
prosecution. 

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.